PAUL J. FISHMAN
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973)645-2736
LAB0321

December 6, 2012

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | HON. Jerome B. Simandle |
| *PLAINTIFF,* | : | *CRIMINAL No. 10-184* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **PATRICIA SMITH,** | : | |
| *DEFENDANT.* | : | **(Document filed electronically)** |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Patricia Smith.

PAUL J. FISHMAN
UNITED STATES ATTORNEY


s/ LEAH A. BYNON
By:   LEAH A. BYNON
       ASSISTANT U.S. ATTORNEY