Patricia Smith
61050-019
Federal Prison Camp, PO Box 7006
Marianna, FL  32446

RECEIVED
JUL 22 2013
JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

July 16, 2013

Susan M. Smalley
Supervising U.S. Probation Officer
United States District Court
U.S. Courthouse
50 Walnut St., Room 1001
Newark, NJ  07101-0459

Re:  Patricia Smith, Dkt #10-00184-001

Dear Ms. Smalley:

I am in receipt of your letter dated July 11, 2013.  Also, please find a copy highlighted under reference column.

I am confused about "Crack Cocaine Sentence Reduction". Could you please explain because I wasn't sentenced under a drug charge.

I appreciated your assistance in this matter.

Sincerely,

Patricia Smith

cc:  Honorable Jerome B. Simandle, Chief U.S. District Judge
     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets Room 1050
     Camden, NJ  08101

enc.

## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**MARK HENGEMUHLE**
SR. DEPUTY CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

July 11, 2013

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07101-0459
(973) 645-4240
FAX: (973) 297-4864

www.njp.uscourts.gov

The Honorable Jerome B. Simandle, Chief U.S. District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re:   Defendant Patricia Smith, Dkt. #10-00184-001

Dear Judge Simandle:

Attached is a memo by the undersigned detailing why the Probation Office views the defendant as ineligible for a sentence reduction under 18 U.S.C. § 3582(c). Nonetheless, we have provided if available, BOP adjustment information and the original judgment, Statement of Reasons, and PSR. A copy of the A.O. Form 247 (Order Regarding Motion for Sentence Reduction) should be provided to our office following sentencing so that it can be forwarded to the Sentencing Commission.

By copy of this letter, counsel for the government and defendant are being provided copies of this same package of materials. While a formal response is not required, counsel are asked to copy the undersigned on any submissions to the court, and to communicate any objection to the summary memo.

Respectfully submitted,

Susan M. Smalley
Supervising U.S. Probation Officer

SMS/pgg

cc:   Ronnell Wilson, AUSA

enc.

NAME: Patricia Smith
REG. NO. 61050-019
QUARTERS: CA
FEDERAL PRISON CAMP
P.O. BOX 7006
MARIANNA, FL 32446-7006

PENSACOLA FL 325
17 JUL 2013 PM 1 L

Honorable Jerome B. Simandle, USDJ
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets - Room 1050
Camden, NJ 08101