

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

**ORIGINAL FILED WITH CLERK**

August 28, 2013

CHAMBERS OF
**JEROME B. SIMANDLE**
CHIEF JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

J. Michael Farrell, Esq.
5 North Clinton Street
Wenonah, NJ 08090

    Re:  United States v. Patricia Smith, et al.
           Cr. No. 10-184-01 (JBS)

Dear Mr. Farrell:

    I have received the enclosed letter from Patricia Smith requesting copies of her transcripts. According to my court reporter, Lisa Marcus, the transcripts were furnished to you under the CJA. Would you please forward the transcripts to Patricia Smith, if you have not already done so? The CJA does not pay for two transcripts per defendant, only one. Also, please forward to her copies of the motions she has requested. Thank you for attending to this.

                Very truly yours,

                JEROME B. SIMANDLE
                Chief U.S. District Judge

JBS/mm

Enc.

cc:  Ms. Patricia Smith
     John Ernest Clabby, AUSA

HONORABLE Jerome B. Simandle, U.S.D.J.
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
400 Cooper Street
Camden, New Jersey 08101

**RECEIVED**

**MAR 26 2013**

JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

Re: U.S.A. v. PATRICIA SMITH, et al
     Criminal No.: 10-184 (JBS)

Dear Judge Simandle:

I am respectfully requesting your assistance in helping me obtain the trial transcripts and motions in the above-referenced case.

In a letter dated August 31, 2012 mailed to my Public Defense Attorney, Mr. J. Michael Farrell, I requested a copy of several case-related documents. In his return letter dated October 12, 2012, Mr. Farrell fulfilled my request "with the exception" of the trial transcript, copies of all motions made by prosecution and defense, and copies of all emails requesting audits - securitized, etc. Mr. Farrell stated "he was not in possession" of the trial transcript and that I never made a request for the securitized audit.

Therefore, my husband, Curly Smith, made many attempts to contact Mr. Farrell by phone to request either the mailing of these documents or to speak with him regarding them. Mr. Farrell never returned his calls. My husband then call and spoke with Court Reporter, Lisa Marcus, who said she knows Mr. Farrell had the trial transcripts because she have/sent it to him and Mr. Troy Archie herself.

Prior to and after mid December 2012, my husband has left phone messages with Lisa Marcus, Attorney Mike Farrell and Troy Archie but hasn't received a return call. Finally, yesterday, February 19, 2013 my husband tried Lisa again (left message) then tried another extension when a man told him to contact the U.S. Department of Justice.

Therefore, I am humbly seeking your assistance in accessing the trial transcript and all motions previously requested from Mr. Farrell.

Your attention to this matter is sincerely appreciated and I thank you in advance for your anticipated assistance.

Sincerely,

*Patricia Smith*

Patricia Smith
Reg. No. 61050-019
Quarters: CA
Federal Prison Camp
P.O. Box 7006
Marianna, FL 32446-70016

