IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America<br><br>    v.<br><br>Patricia Smith et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Criminal Action<br>No. 10-184 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court on Defendant Patricia Smith's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) [Docket Item 153]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**1st**__ day of **May, 2014,** hereby

ORDERED that Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) [Docket Item 153] is **DENIED.**

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge